# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D23-2099
LT Case No. 2020-DP-179

———————————————

C.T., FATHER OF J.T., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Christopher S. Mulligan, of Mulligan & Associates, PA,
Brooksville, and Ana Gomez-Mallada, Ft. Lauderdale, for
Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
Ad Litem Office, Tallahassee, for Guardian ad Litem.

October 24, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____